# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIE JAMES SMITH, JR., A/K/A
WILLIE J. SMITH,
              Appellant,
        vs.
THE STATE OF NEVADA,
              Respondent.

No. 76401

FILED

OCT 1 9 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for a post filing injunction. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for a post filing injunction, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.          _____, J.
Parraguirre                  Stiglich

18-41210

cc: Hon. Michelle Leavitt, District Judge
Willie James Smith, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk